# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

No. 25-2086    **Short Title:** Standing Trees, Inc. v. U.S. Fo

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
U.S. FOREST SERVICE; DEREK IBARGUEN; BROOKE BROWN; JOSHUA SJOSTROM as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Robert Parke Stockman          11/25/2025
Signature                           Date

Robert Parke Stockman
Name

U.S. Department of Justice, ENRD    (202) 532-3275
Firm Name (if applicable)           Telephone Number

PO Box 7415                         (202) 514-3393
Address                             Fax Number

Washington, DC 20044                robert.stockman@usdoj.gov
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1176597

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).