Case No. 25-2086

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

## STANDING TREES, INC.

Plaintiff-Appellant,

v.

## UNITED STATES FOREST SERVICE, ET AL.

Defendant-Appellees.

_____

On Appeal from the United States District Court for the District of New Hampshire
Judge Joseph Laplante, Case No. 1:24-cv-138-JL

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PLAINTIFF-APPELLANT'S OPENING BRIEF AND APPENDIX

_____

Christophe Courchesne
Associate Professor and Director
ENVIRONMENTAL ADVOCACY CLINIC
Vermont Law and Graduate School
P.O. Box 96
164 Chelsea St.
South Royalton, VT 05068
(802) 831-1630
ccourchesne@vermontlaw.edu

*Counsel for Plaintiff-Appellant Standing Trees, Inc.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellant Standing Trees, Inc., certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, 31(a)(1), and First Circuit Local Rules 27 and 31, Plaintiff-Appellant Standing Trees, Inc. ("Standing Trees") hereby requests a 50-day extension of time to file its opening brief and appendix, to and including February 26, 2026. Counsel for Defendant-Appellants has stated that they do not oppose the requested extension.

As grounds for this motion, Standing Trees states as follows:

1. Under the current briefing schedule, Standing Trees' brief is due on January 7, 2026. Standing Trees respectfully requests that it be granted an extension of 50 days to file its opening brief and appendix. If this motion is granted, its opening brief and appendix would be due on February 26, 2026.

2. Standing Trees requests this extension of time for good cause and in the interests of justice and legal education, and not for the purpose of delay.

3. Standing Trees is represented in this appeal by the Environmental Advocacy Clinic at Vermont Law and Graduate School—a law school public-interest litigation clinic where student-attorneys take the lead on litigation projects like this appeal under the supervision of undersigned counsel of record, who serves as Clinic Director.

4. The time for preparation of Standing Trees' opening brief coincides with the law school's fall reading and final examination periods (December 8 – 18) and its winter break (December 19 – January 11). Students study for and take

exams during this period and thus have limited time to assist with briefing. Students do not receive credit for their participation and are not present in the Clinic over winter break.

5. Undersigned counsel also has competing professional and personal obligations during these periods as well, including a brief due in state court litigation on December 12, personal leave during the Christmas holiday, and the annual American Association of Law Schools meeting in New Orleans between January 5 and 9.

6. January 12, 2026, is the first day of Vermont Law and Graduate School's spring semester. February 26, 2026, is 45 days after the start of the semester. The proposed schedule would effectively shift the beginning of the briefing period to the beginning of the school's semester. This extension would allow Clinic students, including those not involved in proceedings below, to contribute to drafting the brief under the supervision of undersigned counsel and receive school credit for their work.

7. This request is intended to be the only request by Standing Trees for extension of its briefing deadlines.

8. Counsel for Defendant-Appellees has stated they do not oppose this request for an extension of time.

WHEREFORE, Standing Trees respectfully requests that the Court extend the time for filing its opening brief and appendix to February 26, 2026.

Dated: December 11, 2025

Respectfully submitted,

/s/ Christophe Courchesne

Christophe Courchesne
Associate Professor and Director
ENVIRONMENTAL ADVOCACY CLINIC
Vermont Law and Graduate School
P.O. Box 96
164 Chelsea St.
South Royalton, VT 05068
(802) 831-1630
ccourchesne@vermontlaw.edu

*Counsel for Plaintiff-Appellant Standing Trees, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(g), the undersigned herby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

Exclusive of the exempted portions as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 449 words.

The motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Time New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6).

Dated: December 11, 2025   /s/ Christophe Courchesne

            Christophe Courchesne
            Associate Professor and Director
            ENVIRONMENTAL ADVOCACY CLINIC
            Vermont Law and Graduate School
            P.O. Box 96
            164 Chelsea St.
            South Royalton, VT 05068
            (802) 831-1630
            ccourchesne@vermontlaw.edu

            *Counsel for Plaintiff-Appellant Standing Trees, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: December 11, 2025      /s/ Christophe Courchesne

Christophe Courchesne
Associate Professor and Director
ENVIRONMENTAL ADVOCACY CLINIC
Vermont Law and Graduate School
P.O. Box 96
164 Chelsea St.
South Royalton, VT 05068
(802) 831-1630
ccourchesne@vermontlaw.edu

*Counsel for Plaintiff-Appellant Standing Trees, Inc.*

7