# United States Court of Appeals
## For the First Circuit

No. 25-2086

STANDING TREES, INC.,

Plaintiff - Appellant,

v.

US FOREST SERVICE; DEREK IBARGUEN, in the official capacity as Supervisor of the White Mountain National Forest; BROOKE BROWN, in the official capacity as District Ranger for the Pemigewasset Ranger District; JOSHUA SJOSTROM, in the official capacity as District Ranger for the Androscoggin Ranger District,

Defendants - Appellees.

**APPELLEES' BRIEFING NOTICE**

Issued: March 11, 2026

Appellees' brief must be filed by **April 6, 2026**.

The deadline for filing appellant's reply brief will run from service of appellees' brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **July/August, 2026** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a timely brief in compliance with the federal and local rules could result in the appellee not being heard at oral argument. See 1st Cir. R. 45.0.**

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885


cc:
Christopher Goldwasser Aslin
Christophe Gagnon Courchesne
Jeremy D. Eggleton
Robert Parke Stockman
Rachel Westrate