# United States Court of Appeals
## For the First Circuit

No. 25-2086

STANDING TREES, INC.,

Plaintiff - Appellant,

v.

US FOREST SERVICE; DEREK IBARGUEN, in the official capacity as Supervisor of the White Mountain National Forest; BROOKE BROWN, in the official capacity as District Ranger for the Pemigewasset Ranger District; JOSHUA SJOSTROM, in the official capacity as District Ranger for the Androscoggin Ranger District,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 2, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Standing Trees, Inc. to file a reply brief, final opening brief, and deferred joint appendix be enlarged to and including **June 12, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christophe Gagnon Courchesne
Rachel Westrate
Robert Parke Stockman
Adam R.F. Gustafson
Jeremy D. Eggleton
Christopher Goldwasser Aslin